No. 2967. BUITRAGO, DEFENDANT AND APPELLEE, *v.* MUNICIPAL ASSEMBLY OF GUAYAMA, APPELLANT.—District Court of Guayama. Decided March 5, 1923. Considering subdivision 5 of section 26 of the Municipal Law in force, as amended in 1921, and for the reasons stated in *Rodríguez* v. *Workmen's Relief Commission,* decided November 10, 1922, the appeal is dismissed.

No. 2974. AMERICAN COLONIAL BANK, APPELLEE, *v.* LORENZI, APPELLANT.—First District Court of San Juan. Debt. Decided March 5, 1923. The appellee's motion for dismissal is sustained.

No. 2018. PEOPLE, APPELLEE, *v.* ROSA, APPELLANT. — District Court of Humacao. Libel. Decided March 5, 1923. Counsel for both parties having been heard orally and in writing and considering the *Fiscal's* acquiescence in the motion of the appellant, the judgment is reversed.

No. 2957. CRÉDITO Y AHORRO PONCEÑO, APPELLANT, *v.* BEIRÓ ET AL., APPELLEES.—District Court of Guayama. March 6, 1923. The motion for dismissal is sustained.

No. 2991. SANTIAGO A. PANZARDI, INC., APPELLANT, *v.* MUNICIPALITY OF SAN JUAN, APPELLEE.—First District Court of San Juan. Decided March 6, 1923. Damages. The appellee's motion for dismissal is sustained.

No. 2990. RAMOS, APPELLANT, *v.* MÁRQUEZ, APPELLEE. — District Court of Humacao. Ejectment. Decided March 6, 1923. It appearing that the appeal was taken out of time, the appellee's motion is sustained and the appeal is dismissed.

No. 2931. CARRASQUILLO, APPELLANT, *v.* MARTÍNEZ ET AL., APPELLEES.—District Court of Humacao. Decided March 6, 1923. Injunction. The appellee's motion for dismissal having been heard and the appellant having acquiesced, the motion is sustained.